# 240113

UNITED STATES DISTRICT COURT
District of Minnesota
Clerk's Office, 708 Federal Building
316 North Robert Street, St. Paul, MN 55101, Phone: (651) 848-1100

PETITION FOR ADMISSION PRO HAC VICE

Case Number: CV 01-544 JRT/FLN

Case Title: Winthrop Resources Corp. v. FFP Operating Partners, L.P. and FFP Partners, L.P.

Affidavit of Movant

I, Jodene Jensen an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Stefanie Martin Klein, an attorney admitted to practice in the Northern District of Texas, but not admitted to the bar of this court, who will be counsel for the Defendants FFP Operating Partners, L.P. and FFP Partners, L.P. in the case listed below. I am aware that the local rules of this court require that I participate in the presentation of the case listed below, and that I accept service of all papers served.

| | | |
|---|---|---|
| [signature] | 277216 | 4-30-01 |
| Signature | MN Attorney License # | Date |

Affidavit of Proposed Admittee

I, Stefanie Martin Klein, am currently a member in good standing of the U.S. District Court for the Northern District of Texas, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed below, and must accept service of all papers served.

| | | |
|---|---|---|
| Stefanie Martin Klein | [signature] | 4-20-01 |
| Printed Name | Signature | Date |

Texas State Bar No. 11565650

Hill Gilstrap P.C.
1400 West Abram Street, Arlington, Texas 76013
(817) 261-2222; (817) 861-4685 (Fax)

Motion Granted: [signature] MAY 03 2001
For the Court: Francis E. Dosal, Clerk Date

FILED MAY 03 2001
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________